Richard A. Hoyer (State Bar No. 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (State Bar No. 260284)
rhicks@hoyerlaw.com
Nicole B. Gage (State Bar No. 318005)
ngage@hoyerlaw.com
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 766-3539
Facsimile:  (415) 276-1738

Attorneys for Plaintiff
TRACY HANKINS

Mark S. Askanas (State Bar No. 122745)
Dylan B. Carp (State Bar No. 196846)
Amy P. Frenzen (State Bar No. 245368)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Mark.Askanas@jacksonlewis.com
E-mail:  Dylan.Carp@jacksonlewis.com
E-mail:  Amy.Frenzen@jacksonlewis.com

Attorneys for Defendant
CALIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRACY HANKINS,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIX INC. and DOES 1-25,<br><br>　　　　　　　　Defendants, | Case No. 5:19-cv-07547-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FEDERAL RULE OF EVIDENCE 502(d)**<br><br>Complaint Filed:　11/15/2019<br>Trial Date:　　　　5/3/2021 |

///

///

///

1

Plaintiff Tracy Hankins ("Plaintiff") and Defendant Calix, Inc. ("Defendant"), by and through their respective counsel of record, stipulate as follows in order to facilitate the exchange of information and documents, which may be subject to confidentiality limitations on disclosure due to federal laws, state laws, and privacy rights, as follows:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by California law and federal law, including Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 4, 2020          _____
                              Attorneys for Plaintiff Tracy Hankins

DATED: March 6, 2020          /s/ Amy P. Frenzen
                              Attorneys for Defendant Calix, Inc.

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Stipulated 502(d) Protective Order is hereby approved and adopted. IT IS SO ORDERED.

DATED: _____    _____
                                 United States Magistrate Judge Susan Van Keulen

4833-4269-0230, v. 1