Richard A. Hoyer (State Bar No. 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (State Bar No. 260284)
rhicks@hoyerlaw.com
Nicole B. Gage (State Bar No. 318005)
ngage@hoyerlaw.com
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3539
Facsimile: (415) 276-1738

Attorneys for Plaintiff
TRACY HANKINS

Mark S. Askanas (State Bar No. 122745)
Dylan B. Carp (State Bar No. 196846)
Amy P. Frenzen (State Bar No. 245368)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Mark.Askanas@jacksonlewis.com
E-mail: Dylan.Carp@jacksonlewis.com
E-mail: Amy.Frenzen@jacksonlewis.com

Attorneys for Defendant
CALIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRACY HANKINS,<br><br>                Plaintiff,<br><br>vs.<br><br>CALIX INC. and DOES 1-25,<br><br>                Defendants, | Case No. 5:19-cv-07547-SVK<br><br>**JOINT STIPULATION FOR EXTENSION FOR GENERAL ORDER 71 DISCLOSURES; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  11/15/2019<br>Trial Date:         5/3/2021<br><br>Current Exchange Date: 3/19/2020<br>Extended Exchange Date: 4/2/2020 |

///

///

///

1

Plaintiff TRACY HANKINS and Defendant CALIX, INC. (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties' current deadline to exchange General Order 71 Disclosures is March 19, 2020.

WHEREAS, the Parties agree to extend such deadline by two weeks.

WHEREAS, the Parties agree that the new exchange date will be April 2, 2020.

WHEREAS, the parties agree that under Local Rule 6-1(a), these extensions do not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties reserve all of their rights, remedies, and defenses, whether substantive or procedural, during the extension.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 19, 2020  _____
Attorneys for Plaintiff Tracy Hankins

DATED: March 19, 2020  /s/ Amy P. Frenzen
Attorneys for Defendant Calix, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 20, 2020  _____
United States Magistrate Judge Susan Van Keulen

4819-0342-8535, v. 1