Richard A. Hoyer, Esq.
Ryan L. Hicks, Esq.
Nicole B. Gage, Esq.
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, CA 94114
Telephone: (415) 766-3539
Facsimile (415) 276-1738
E-mail:  rhoyer@hoyerlaw.com
E-mail:  rhicks@royerlaw.com
E-mail:  mgage@hoyerlaw.com

Attorneys for Plaintiff
TRACY HANKINS


Mark S. Askanas (State Bar No. 122745)
Dylan B. Carp (State Bar No. 196846)
Amy P. Frenzen (State Bar No. 245368)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: Mark.Askanas@jacksonlewis.com
E-mail: Dylan.Carp@jacksonlewis.com
E-mail: Amy.Frenzen@jacksonlewis.com

Attorneys for Defendant
CALIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRACY HANKINS,<br><br>             Plaintiff,<br><br>      vs.<br><br>CALIX INC. and DOES 1-25,<br><br>             Defendants, | Case No. 5:19-cv-07547-SVK<br><br>**STIPULATION TO EXTEND DEADLINE FOR ADR; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  11/15/2019<br>Trial Date:         None |

---

1

STIPULATION TO EXTEND DEADLINE FOR ADR                               Case No. 5:19-cv-07547-SVK

TO THE HONORABLE COURT AND ALL PARTIES ON RECORD:

Whereas, the Court set a deadline to complete private mediation of April 17, 2020;

Whereas, the parties scheduled a mediation with Cynthia Remmers for April 17, 2020;

Whereas, the parties desire an in-person mediation but due to the COVID-19 pandemic an in-person mediation cannot take place at this time, and the parties have rescheduled the in-person mediation for July 17, 2020;

Now, therefore, the parties make this stipulated request to extend the deadline to complete private mediation until July 24, 2020.

Dated: April 14, 2020                           HOYER & HICKS.


By: _/s/ Richard A. Hoyer_
    Richard A. Hoyer, Esq.
    Ryan Hicks, Esq.
    Nicole B. Gage
    Attorneys for Plaintiff
    TRACY HANKINS

Dated: April 14, 2020                           JACKSON LEWIS P.C.


By: _/s/ Mark S. Askanas_
    Mark S. Askanas
    Dylan B. Carp
    Amy P. Frenzen
    Attorneys for Defendant
    CALIX, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: April 14, 2020                    _____
                                         United States Magistrate Judge
                                         Susan Van Keulen

4853-2862-8410, v. 1