1  Richard A. Hoyer (SBN 151931)
   Ryan L. Hicks (SBN 260284)
2  Nicole B. Gage (SBN 318005)
   HOYER & HICKS
3  4 Embarcadero Center, Suite 1400
   San Francisco, CA 94111-4164
4  Telephone:  (415) 766-3539
   Facsimile  (415) 276-1738
5  E-mail:  rhoyer@hoyerlaw.com
   E-mail:  rhicks@hoyerlaw.com
6  E-mail:  ngage@hoyerlaw.com

7  Attorneys for Plaintiff
   TRACY HANKINS
8
   Mark S. Askanas (State Bar No. 122745)
9  Dylan B. Carp (State Bar No. 196846)
   Amy P. Frenzen (State Bar No. 245368)
10 JACKSON LEWIS P.C.
   50 California Street, 9th Floor
11 San Francisco, California 94111-4615
   Telephone:  (415) 394-9400
12 Facsimile:  (415) 394-9401
   E-mail:  Mark.Askanas@jacksonlewis.com
13 E-mail:  Dylan.Carp@jacksonlewis.com
   E-mail:  Amy.Frenzen@jacksonlewis.com
14
   Attorneys for Defendant
15 CALIX, INC.

16                  UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

18

19 | TRACY HANKINS,                  | Case No. 5:19-cv-07547-SVK |
20 |         Plaintiff,              | **STIPULATION TO EXTEND DEADLINE FOR ADR; [PROPOSED] ORDER** |
21 |   vs.                           | |
22 | CALIX INC. and DOES 1-25,       | Complaint Filed:  11/15/2019 |
23 |         Defendants,             | Trial Date:  None |

24

25

26  ///

27  ///

28  ///

1

TO THE HONORABLE COURT AND ALL PARTIES ON RECORD:

WHEREAS, the Court set a deadline to complete private mediation of April 17, 2020;

WHEREAS, the parties scheduled a mediation with Cynthia Remmers for April 17, 2020;

WHEREAS, the COVID-19 pandemic prevented the parties from proceeding with in-person mediation on April 17, 2020;

WHEREAS, the parties rescheduled the in-person mediation for July 17, 2020, and the Court granted the parties' stipulation to extend the deadline to complete mediation to July 24, 2020 (ECF No. 28); and

WHEREAS, the parties were unable to attend the mediation scheduled for July 17, 2020 due to the continuing COVID-19 pandemic and rescheduled the mediation for September 15, 2020.

Now, therefore, the parties make this stipulated request to extend the deadline to complete private mediation until September 20, 2020.

Dated: July 23, 2020                          HOYER & HICKS.

By: _____
Richard A. Hoyer
Ryan Hicks
Nicole B. Gage
Attorneys for Plaintiff
TRACY HANKINS

Dated: July 24, 2020                          JACKSON LEWIS P.C.

By: __/s/ Amy P. Frenzen_____
Mark S. Askanas
Dylan B. Carp
Amy P. Frenzen
Attorneys for Defendant
CALIX, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
Susan Van Keulen
United States Magistrate Judge

4847-3454-3300