| | |
|---|---|
| 1 | Richard A. Hoyer (SBN 151931) |
| | Ryan L. Hicks (SBN 260284) |
| 2 | Nicole B. Gage (SBN 318005) |
| | HOYER & HICKS |
| 3 | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111-4164 |
| 4 | Telephone:  (415) 766-3539 |
| | Facsimile  (415) 276-1738 |
| 5 | E-mail:  rhoyer@hoyerlaw.com |
| | E-mail:  rhicks@hoyerlaw.com |
| 6 | E-mail:  ngage@hoyerlaw.com |

Attorneys for Plaintiff
TRACY HANKINS

Mark S. Askanas (State Bar No. 122745)
Dylan B. Carp (State Bar No. 196846)
Amy P. Frenzen (State Bar No. 245368)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Mark.Askanas@jacksonlewis.com
E-mail:  Dylan.Carp@jacksonlewis.com
E-mail:  Amy.Frenzen@jacksonlewis.com

Attorneys for Defendant
CALIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRACY HANKINS, | Case No. 5:19-cv-07547-SVK |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR ADR; [PROPOSED] ORDER AS MODIFIED BY THE COURT** |
| vs. | |
| CALIX INC. and DOES 1-25, | |
| Defendants, | Complaint Filed:   11/15/2019 |
| | Trial Date:             None |

///

///

///

1

Stipulation to Extend Deadline for ADR; [Proposed] Order **AS MODIFIED BY THE COURT**                        Case No. 5:19-cv-07547-SVK

TO THE HONORABLE COURT AND ALL PARTIES ON RECORD:

WHEREAS, the Court set a deadline to complete private mediation of April 17, 2020;

WHEREAS, the parties scheduled a mediation with Cynthia Remmers for April 17, 2020;

WHEREAS, the COVID-19 pandemic prevented the parties from proceeding with in-person mediation on April 17, 2020;

WHEREAS, the parties rescheduled the in-person mediation for July 17, 2020, and the Court granted the parties' stipulation to extend the deadline to complete mediation to July 24, 2020 (ECF No. 28); and

WHEREAS, the parties were unable to attend the mediation scheduled for July 17, 2020 due to the continuing COVID-19 pandemic and rescheduled the mediation for September 15, 2020.

Now, therefore, the parties make this stipulated request to extend the deadline to complete private mediation until September 20, 2020.

Dated: July 23, 2020                                    HOYER & HICKS.

By: _____
  Richard A. Hoyer
  Ryan Hicks
  Nicole B. Gage
  Attorneys for Plaintiff
  TRACY HANKINS

Dated: July 24, 2020                                    JACKSON LEWIS P.C.

By:   /s/ Amy P. Frenzen
  Mark S. Askanas
  Dylan B. Carp
  Amy P. Frenzen
  Attorneys for Defendant
  CALIX, INC.

**THIS WILL BE THE FINAL EXTENSION OF THE ADR DATE.  COVID-19 is not an acceptable excuse as all mediations are now being conducted by Zoom.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2020                                    _____
  Susan Van Keulen
  United States Magistrate Judge

4847-3454-3300