UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HANKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIX, INC.,<br><br>    Defendant. | Case No. 19-cv-07547-SVK<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATION AND REQUEST TO CONTINUE DATES IN INITIAL CASE MANAGEMENT ORDER AND DEADLINE FOR COMPLETION OF MEDIATION**<br><br>Re: Dkt. No. 32 |

The Parties request an extension of the case schedule, citing new counsel coming on board on August 14, 2020. Dkt. 32. The Court finds there is good cause for a modest extension of certain deadlines. The Court cannot adopt the Parties' proposed schedule as it does not allow adequate time between the hearing of a summary judgment motion and pretrial filings. Accordingly, the prior mediation completion date of September 20, 2020 is vacated. Mediation shall be completed by **October 30, 2020**. The dates in the Initial Case Management Order are amended as follows:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | October 14, 2020 |
| Further Case Management Conference | November 17, 2020 at 9:30 a.m.<br><br>Statement due: November 10, 2020 |
| Opening Expert Disclosures | November 11, 2020 |
| Rebuttal Expert Disclosures | November 30, 2020 |
| Close of Expert Discovery | December 18, 2020 |
| Dispositive Motion Filing Deadline | January 15, 2021 |

| | |
|---|---|
| Last Day to Hear Dispositive Motions | February 23, 2021 |
| Final Pretrial Conference | April 15, 2021 |
| | Filing dates: April 1, 2021 |
| | April 8, 2021 |
| Trial | May 3, 2021 |

**SO ORDERED.**

Dated: August 24, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge