UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HANKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIX, INC.,<br><br>        Defendant. | Case No. 19-cv-07547-SVK<br><br>**ORDER REQUIRING JOINT STATUS REPORT AND SETTING STATUS CONFERENCE** |

On November 2, 2020, Plaintiff Tracy Hankins and Defendant Calix, Inc. (collectively, the "Parties") filed a joint case management statement indicating both Plaintiff and Defendant anticipate filing motions for summary judgment. Dkt. 35. The deadline to file dispositive motions has now passed. Accordingly, the Parties are to file a joint status report by **March 2, 2021**. This matter is set for a status conference on **March 9, 2021 at 9:30 a.m.**

**SO ORDERED.**

Dated: January 21, 2021

SUSAN VAN KEULEN
United States Magistrate Judge