Richard A. Hoyer (State Bar No. 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (State Bar No. 260284)
rhicks@hoyerlaw.com
Nicole B. Gage (State Bar No. 318005)
ngage@hoyerlaw.com
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3539
Facsimile: (415) 276-1738

Attorneys for Plaintiff
TRACY HANKINS

Michael A. Laurenson (State Bar No. 190023)
mlaurenson@grsm.com
Brad M. Weintraub (State Bar No. 299298)
bweintraub@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8668
Facsimilie: (510) 984-1721

Attorneys for Defendant
CALIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRACY HANKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIX INC. and DOES 1-25,<br><br>    Defendants, | Case No. 5:19-cv-07547-SVK<br><br>**JOINT STATUS REPORT**<br><br>Date: February 9, 2021<br>Time: 9:30 a.m.<br>Ctrm.: 6 – 4th Floor<br>Judge: Hon. Susan van Keulen, Magistrate Judge<br><br>Complaint Filed: 11/15/2019<br>Trial Date: May 3, 2021 |

Plaintiff Tracy Hankins ("Plaintiff") and Defendant Calix, Inc. ("Defendant") (collectively the "Parties"), through their undersigned counsel, submit the following Joint Status Report per the Court's January 21, 2021 Order.

The deadline to file dispositive motions in this case has now passed. The Parties did not file such motions, as they have reached a settlement and are in the process of finalizing the agreement.

The Parties mediated on November 16, 2020, and in the following days they agreed upon a monetary settlement amount. There were various rounds of edits to a proposed settlement agreement, and the Parties finalized such agreement on February 19, 2021. The settlement is currently being held up as, according to Plaintiff's counsel, Defendant's long-term disability insurer has failed to produce documents required by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1024(b)(4). The Parties hope to resolve this issue shortly such that they can fully execute the settlement and dismiss this case with prejudice.

Respectfully submitted,

Dated: March 2, 2021                          HOYER & HICKS

By:   */s Richard A. Hoyer*
      Richard A. Hoyer
      Ryan L. Hicks
      Nicole B. Gage
      Attorneys for Plaintiff
      TRACY HANKINS

Dated: March 2, 2021                          GORDON REES SCULLY MANSUKHANI LLP

By:   */s/ Brad M. Weintraub*
      Michael A. Laurenson
      Brad M. Weintraub
      Attorneys for Defendant
      CALIX, INC.